No. 03–8191. REED v. YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8194. WALLACE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–8195. MUSGROVE v. DETELLA, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–8196. COOLEY v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8198. COOMBS v. KELCHNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CAMP HILL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8199. METOYER v. ADDISON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–8205. WILLIAMS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 03–8207. JOHNSON v. MCCONDICHIE, SUPERINTENDENT, SOUTHEAST CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–8208. LANN v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 03–8209. FLORES ARGUMANIZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8211. BELL v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8212. A. L. v. A. J. Super. Ct. N. J., App. Div. Certiorari denied.

No. 03–8214. MARTIN v. BOBBY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8215. ASMUSSEN v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.